# EXHIBIT B

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2022-007395-CA-01
SECTION: CA22
JUDGE: Beatrice Butchko

**JANE DOE**

Plaintiff(s)

vs.

**BOLLORE LOGISTICS USA, INC. et al**

Defendant(s)

_____/

## AGREED ORDER GRANTING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

THIS CAUSE came before the Court upon Plaintiff's Motion to Amend the Complaint (the "Motion"). The Court having considered the Motion and the record, and being otherwise fully advised herein, it is hereby:

**ORDERED AND ADJUDGED** that:

1. The Motion is **GRANTED**. The Amended Complaint shall be considered filed as of February 27, 2023.

2. Defendant Bollore Logistics USA Inc. shall have up to and including March 29, 2023, to respond to the Complaint.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this <u>27th day of February, 2023</u>.

2022-007395-CA-01 02-27-2023 4:11 PM
Hon. Beatrice Butchko

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
Brandon Ulysees Campbell, brandon.campbell@jacksonlewis.com
Brandon Ulysees Campbell, illeana.collazo@jacksonlewis.com
Brandon Ulysees Campbell, miamidocketing@jacksonlewis.com
H. Clay Roberts, roberts@robertspa.com
H. Clay Roberts, gloria@robertspa.com
H. Clay Roberts, jennifer@robertspa.com
Javier Alejandro Basnuevo Valdivia, basnuevo@robertspa.com
Javier Alejandro Basnuevo Valdivia, jennifer@robertspa.com
Javier Alejandro Basnuevo Valdivia, keren@robertspa.com
Pedro Jaime Torres-Diaz, pedro.torres-diaz@jacksonlewis.com
Pedro Jaime Torres-Diaz, illeana.collazo@jacksonlewis.com
Pedro Jaime Torres-Diaz, miamidocketing@jacksonlewis.com

**Physically Served:**