U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE #: 1:23-cv-21208-RKA

**JANE DOE,**

    Plaintiff,

v.

**BOLLORE LOGISTICS USA, INC.**
a Foreign corporation for profit,
**AND ADONIS FERNANDEZ**

    Defendants.

_____/

**NOTICE OF APPEARANCE AND
DESIGNATION OF E-MAIL ADDRESSES**

Frances P. Allegra, Esq. and Clayton H. Chin Quee, Jr., Esq. of COLE, SCOTT & KISSANE, P.A. hereby give notice of their appearance on behalf of Defendant, ADONIS FERNANDEZ and requests that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned.

    Primary e-mail: frances.allegra@csklegal.com

    Secondary e-mail: clayton.chinqueejr@csklegal.com

    Alternate e-mail: zusel.martin@csklegal.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of June, 2023, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

**COLE, SCOTT & KISSANE, P.A.**
COLE, SCOTT & KISSANE BUILDING - 9150 SOUTH DADELAND BOULEVARD - SUITE 1400 - P.O. BOX 569015 - MIAMI, FLORIDA 33256 - (305) 350-5300 - (305) 373-2294 FAX

CASE NO.: CASE #: 1:23-cv-21208-RKA

                              COLE, SCOTT & KISSANE, P.A.
Counsel for Defendant, Adonis Fernandez
Cole, Scott & Kissane Building
9150 South Dadeland Boulevard, Suite 1400
P.O. Box 569015
Miami, Florida 33256
Telephone (786) 268-6848
Facsimile (305) 373-2294
Primary e-mail: frances.allegra@csklegal.com
Secondary e-mail: clayton.chinqueejr@csklegal.com

By:   s/ Clayton H. Chin Quee, Jr.
       FRANCES P. ALLEGRA
       Florida Bar No.: 881368
       CLAYTON H. CHIN QUEE, JR.
       Florida Bar No.: 121794

0342.0310-00/-1