UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-21208-ALTMAN/Reid

**JANE DOE**,

    *Plaintiff*,

v.

**BOLLORE LOGISTICS USA, INC.** *et al.*,

    *Defendants*.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

The parties filed a Joint Stipulation of Dismissal with Prejudice [ECF No. 28] in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, we hereby **ORDER and ADJUDGE** that this matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs. This case shall remain **CLOSED**. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on September 6, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record